

**STEIN | SAKS, PLLC**

◆ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025

November 21, 2025

**Via CM/ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York

RE: *Fernandez v. Propr Fit, Inc.*
Case No. 1:25-cv-06547-MMG

Dear Judge Garnett:

Plaintiff Felipe Fernandez ("Plaintiff") respectfully requests a 14-day extension of time to file his response to the Motion to Dismiss (Dkt. 15), making the new deadline December 5, 2025. The current deadline for Plaintiff to file his response to the motion is today, November 21, 2025. This is the first request for an extension of this deadline submitted by Plaintiff, and it will not affect any other scheduled dates. Counsel for Defendant Propr Fit, Inc. consented to the extension.

Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

GRANTED. Plaintiff is advised, however, that pursuant to this Court's Individual Rule I(B)(5), extension requests must be made at least two business days prior to the original deadline. Going forward, Plaintiff should not expect untimely requests to be granted.

SO ORDERED. Dated November 24, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE